UNITED STATES, Appellee

v

MACK T. LAWRENCE, Staff Sergeant, U. S. Air Force, Appellant

11 USCMA 504, 29 CMR 320

No. 13,990

Decided May 27, 1960

*Lieutenant Colonel James L. Kilgore* and *Lieutenant Colonel Philip J. Williamson* were on the brief for Appellant, Accused.

*Colonel John F. Hannigan* and *Major Simpson M. Woolf* were on the brief for Appellee, United States.

### Opinion of the Court

HOMER FERGUSON, Judge:

The single issue in this case is whether the law officer erred to accused's prejudice in admitting in evidence a deposition taken upon written interrogatories over defense objection that its use denied the right of confrontation. Our decision in United States v Jacoby, 11 USCMA 428, 29 CMR 244, governs the question.

The decision of the board of review is reversed, and the record of trial is returned to The Judge Advocate General of the Air Force. A rehearing may be ordered.

Chief Judge QUINN concurs.

LATIMER, Judge (dissenting):

I dissent.

My views in this area are expressed in United States v Sutton, 3 USCMA 220, 11 CMR 220; United States v Parrish, 7 USCMA 337, 22 CMR 127; and my dissenting opinion in United States v Jacoby, 11 USCMA 428, 29 CMR 244.